

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00805-CV

**ARKOMA ENERGY SERVICES, INC.**,
Appellant

v.

Samantha **LEE**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV07124
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this cause is REVERSED AND REMANDED to the trial court for further proceedings. Costs of this appeal are taxed against the parties who incurred them.

SIGNED March 14, 2018.

_____
Irene Rios, Justice